435 A.2d 1315

Commonwealth v. Carbone, Jr., Appellant.

640

Submitted November 14, 1980. Wendell G. Freeland, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.